JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRA SABBAG, an individual<br><br>                    Plaintiff,<br><br>        v.<br><br>SDI LABS, INC., a California corporation, f/k/a SPECIALITY IGANOSTICS, INC.<br><br>                    Defendants. | CASE NO. 8:23-cv-01935-DOC-JDEx<br><br>**STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL   [43]** |

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Court hereby orders all proceedings in the case VACATED and taken off calendar. The Clerk is directed to close the case.

Dated: January 22, 2025

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE